David Abrams, Attorney at Law
P.O. Box 3353 Church Street Station
New York, New York 10008

**FILED**

**MAY 12 2022**

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
　　　　　　　DEPUTY

United States District Court
Western District of Texas

**TO BE SUBMITTED UNDER SEAL**

| | |
|---|---|
| United States of America ex rel. TZAC, Inc., | ) ) ) |
| Qui Tam Relator Address: | ) ) |
| 305 Broadway Suite 601 New York, NY 10007 | ) ) ) ) ) |
| Plaintiff-Relator, | ) ) |
| - against - | ) ) |
| CODEPINK: Women for Peace 578 Washington Blvd, #395 Marina Del Rey, CA 90292 | ) ) ) ) |
| Defendant. | ) ) ) |

**1:22CV00461 LY**

Index No.:

**COMPLAINT**

Plaintiff-Relator, complaining of the Defendant by its attorney, David Abrams, Attorney at Law, respectfully sets forth and alleges as follows:

**I.  Nature of the Case**

1. This is a false claims act claim. The Qui Tam Plaintiff and Relator, TZAC, Inc. ("The Zionist Advocacy Center" or "Relator"), alleges that the Defendant obtained disaster relief by fraudulently representing the nature of its operations.

**II.  Parties**

2. Defendant CODEPINK: Women for Peace ("Codepink" or "Defendant") is a not-for-profit corporation with a principle place of business in Marina Del Rey, California. On its web site, Codepink describes its activities as follows:

> CODEPINK is a women-led grassroots organization working to end U.S. wars and militarism, support peace and human rights initiatives, and redirect our tax dollars into healthcare, education, green jobs and other life-affirming programs.

3.  Relator TZAC, Inc. ("The Zionist Advocacy Center" or "Relator" or "Plaintiff") is a New York business corporation with a principle place of business in the State of New York, County of New York.

### III. Compliance With Requirements of Suit

4.  This matter has been or will be filed under seal pursuant to 31 U.S.C. Section 3730(b); at or about the same time, a copy of the Complaint and Relator's disclosure of evidence were or will be served on the Department of Justice and the United States Attorney for the Western District of Texas.

5.  Relator will not serve the Complaint or any other papers in this matter until and unless it becomes unsealed. Thus, if the Complaint is served on the Defendant, it means that the matter has been duly unsealed.

### IV. Jurisdiction and Venue

6.  This Court has jurisdiction pursuant to 31 U.S.C. Section 3732(a) which provides that this type of action may be brought in any district where the Defendant resides or transacts business.

7.  In this case, the Defendant operates a campaign called "UT Austin Divest from the War Machine" and has regular organizing and protest activities in Austin, Texas. To be clear, Relator is not basing personal jurisdiction on these activities. Since the False Claims Act is a national services of process statute, what matters for purposes of personal jurisdiction are the Defendant's contacts with the United States as a whole. The Western District of Texas is the chosen venue.

### V. The Fraudulent Scheme

8.  The Defendant received Second Round PPP Disaster Relief as follows:

| Date | Amount | Loan Number | Forgiven |
|---|---|---|---|
| March 10, 2021 | $66,100 | 8548988505 | 12/9/2021 |

9.  In order to be eligible for this loan the Defendant had to certify, among other things, as follows:

> The Applicant is not a business concern or entity primarily engaged in political or lobbying activities, including any entity that is organized for research or for engaging in advocacy in areas such as public policy or political strategy or otherwise describes itself as a think tank in any public documents.

10. At all times relevant to this matter the foregoing certification was completely false. In reality, the Defendant's primary activity is advocacy in respect of public policy.

11. As a result of this fraudulent certification, Codepink received some $66,100 in funds of the United States.

## VI.   Cause of Action

12. The False Claims Act imposes liability on a person or entity who " knowingly makes, uses, or causes to be made or used, a false record or statement material to a false or fraudulent claim" 31 U.S.C. Section 3729(a)(1)(B)

13. The Courts have held that this can include false statements regarding eligibility to participate in a program. See *United States ex rel. Kirk v. Schindler Elevator Corp.,* 601 F.3d 94, 116 (2d Cir. 2010), rev'd on other grounds, 131 S.Ct. 1885 (2011) ("[C]laims may be false even though the services are provided as claimed if, for example, the claimant is ineligible to participate in the program.")

14. Thus, the certification of Codepink violated the False Claims Act because it was false and required for eligibility for Second Round PPP monies.

**[continued on next page]**

## VII. Relief Sought

15. On behalf of the government, Relator is seeking judgment for the triple damages and civil penalties set forth in 31 U.S.C. Section 3729.

16. Codepink received some $66,100 in Second Round PPP Relief. These funds would have been received as a result of the fraudulent certification described above.

17. Accordingly, Relator seeks judgment in the amount of $198,300 against Codepink and in favor of the United States, together with costs, interest, civil penalties, an appropriate qui tam award, and such other and further relief as the Court deems just.

Respectfully submitted,

*(signature)*

David Abrams, Attorney at Law
  Attorney for Relator
The Zionist Advocacy Center

P.O. Box 3353 Church Street Station
New York, NY 10008
Tel. 212-897-5821
Fax 212-897-5811

Dated: New York, NY
       May 9, 2022

4

David Abrams, Attorney at Law
P.O. Box 3353 Church Street Station
New York, New York 10008

United States District Court
Western District of Texas

**TO BE SUBMITTED UNDER SEAL**

---

| | |
|---|---|
| United States of America ex rel.<br>TZAC, Inc.,<br><br>Qui Tam Relator Address:<br><br>305 Broadway Suite 601<br>New York, NY 10007<br><br><br>Plaintiff-Relator,<br><br>- against -<br><br>CODEPINK: Women for Peace<br>578 Washington Blvd, #395<br>Marina Del Rey, CA  90292<br><br>Defendant. | Index No.:<br><br>**Corporate Disclosure Statement** |

I, David Abrams, hereby affirm under penalty of perjury as follows:

The Relator in this matter, TZAC INC. has no parent corporation or publicly held corporation which owns more than 10% of its stock.

Respectfully submitted,

*[signature]*

David Abrams, Attorney at Law
 Attorney for Relator
The Zionist Advocacy Center

P.O. Box 3353 Church Street Station
New York, NY 10008
Tel. 212-897-5821
Fax  212-897-5811

Dated: New York, NY
    May 9, 2022