E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS, AUSA
Chief, Civil Division
ROSS M. CUFF, AUSA
Chief, Civil Fraud Section
California State Bar No. 275093
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-7388   Fax: (213) 894-7819
    Email: ross.cuff@usdoj.gov

Attorneys for the United States of America

FILED
CLERK, U.S. DISTRICT COURT
03/08/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: TF DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* **[UNDER SEAL]**,<br><br>    Plaintiff[s],<br><br>    v.<br><br>**[UNDER SEAL]**,<br><br>    Defendant[s]. | No. 2:22-cv-06541-FLA-PDx<br><br>NOTICE OF ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER] |

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS, AUSA
Chief, Civil Division
ROSS M. CUFF, AUSA
Chief, Civil Fraud Section
California State Bar No. 275093
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-7388   Fax: (213) 894-7819
    Email: ross.cuff@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* TZAC, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CODEPINK: WOMEN FOR PEACE,<br><br>    Defendant. | No. 2:22-cv-06541-FLA-PDx<br><br>NOTICE OF ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER] |

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States of America ("United States") notifies the Court of its decision not to intervene in the above-captioned action ("this action").

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the *qui tam* plaintiff TZAC, Inc. (the "Relator") to maintain this action in the name of the United States, provided, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the United States has the right only to a hearing when it objects to a settlement or dismissal of the action. *U.S. ex rel. Green v. Northrop Corp.,* 59 F.3d 953, 959 (9th Cir. 1995); *U.S. ex rel. Killingsworth v. Northrop Corp.,* 25 F.3d 715, 723-25 (9th Cir. 1994). Therefore, the United States requests that, should either the Relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the parties provide the United States with notice of the same, and the Court provide the United States with an opportunity to be heard before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served on it and that orders issued by the Court in this action be sent to the United States' counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of this action or any claims therein. The United States also requests that it be served with all notices of appeal in this action.

Finally, the United States requests that the Relator's Complaint, this Notice, and the accompanying proposed Order be unsealed. The United States further requests that all other papers filed or lodged to date in this action should remain permanently under seal because such papers were provided by law to the Court alone for the sole purpose of discussing the content and extent of the United States' investigation, and, thereby,

evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order is lodged concurrently herewith.

Dated: February 29, 2024				Respectfully submitted,

							E. MARTIN ESTRADA
							United States Attorney
							DAVID M. HARRIS, AUSA
							Chief, Civil Division

							*/s/ Ross M. Cuff*
							ROSS M. CUFF
							Assistant United States Attorney
							Chief, Civil Fraud Section

							Attorneys for the United States of America

PROOF OF SERVICE BY EMAIL

I am over the age of 18 and not a party to the above-captioned action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On February 29, 2024, I served the NOTICE OF ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION on each person or entity named below by e-mail.

Date of emailing: February 29, 2024. Place of emailing: Los Angeles, California.

Person(s) and/or Entity(s) to whom emailed:

MARC ARTHUR GREENDORFER
(marc@trivalleylaw.com
TRI VALLEY LAW, PLLC

DAVID ABRAMS
(dnabrams@wjlf.org)

Attorneys for Relator TZAC, Inc.

I declare that I am a member of the bar of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 29, 2024, at Los Angeles, California.

_____
ROSS M. CUFF